AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District



FILED
SEP 15 2023
CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| Howard J. Miller, et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:20-cv-132 |
| Juarez Cartel ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   06/24/2022 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   08/10/2023

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Local AO 450 (rev. 5/10)

# United States District Court
## *District of North Dakota*

Howard J. Miller, et al.,

    Plaintiffs,

vs.

Juarez Cartel, a/k/a Vincente Carillo Fuente Organization (a/k/a "CFO"), a/k/a La Linea,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 1:20-cv-00132

*CERTIFIED COPY*
Original Filed with Clerk of Court
ATTEST:
    KARI M. KNUDSON, CLERK
    United States District Court
    District of North Dakota

By _____
                      Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion.** This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation.** This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal.** This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

Pursuant to the order dated June 24, 2022, IT IS HEREBY ORDERED that Judgment be entered in the amount of $4,641,337,011.00 in favor of Plaintiffs and against Defendant, plus prejudgment interest on all economic and non-economic damages (including solatium damages) from November 4, 2019, through the date of this final judgment at a rate of 6.5% per annum, non-compounding. The court further awards post-judgment interest to the final judgment amounts in the percentages permitted pursuant to 28 U.S.C. 1961. Attached as Exhibit 1 to this Judgment is a chart setting forth the treble damages awarded to each Plaintiff.

Date: June 24, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Renee Hellwig, Deputy Clerk*

# EXHIBIT 1

| Miller Family | |
|---|---|
| Plaintiff | Treble Damages |
| Estate of Maria Rhonita LeBaron | $160,080,480.00 |
| Estate of H.M. Jr. | $160,630,344.00 |
| Estate of K.B.M. | $159,523,290.00 |
| Estate of T.A.M. | $162,755,226.00 |
| Estate of T.G.M. | $161,182,074.00 |
| Howard Miller | $228,271,305.00 |
| T.M. | $142,410,183.00 |
| A.M. | $145,592,751.00 |
| Z.M. | $144,725,319.00 |
| Adrian LeBaron-Soto | $52,578,447.00 |
| Bathsheba Shalom Tucker | $53,252,457.00 |
| Rholena Lian Johnson | $22,442,025.00 |
| Melissa Conklin | $22,645,518.00 |
| Adriana Jones | $22,619,697.00 |
| Laura Corina LeBaron | $22,711,656.00 |
| William LeBaron | $22,696,749.00 |
| Ruthila LeBaron | $23,033,466.00 |
| Dayer LeBaron | $22,994,835.00 |
| Javier LeBaron | $23,107,665.00 |
| Miguel LeBaron | $23,211,414.00 |
| Matthew LeBaron | $23,356,914.00 |
| **TOTAL** | $1,799,821,815.00 |

| Johnson Family | |
|---|---|
| Plaintiff | Treble Damages |
| Estate of Christina Langford | $57,780,051.00 |
| Tyler Johnson | $67,477,830.00 |
| C.J. | $46,501,935.00 |
| J.J. | $46,683,909.00 |
| T.J. Jr. | $47,129,082.00 |
| H.J. | $47,711,922.00 |
| E.J. | $48,094,086.00 |
| F.M.J. | $71,722,500.00 |
| Amelia Sedgwick | $53,143,986.00 |
| Isaac Langford | $23,017,668.00 |
| Elizabeth Langford | $23,292,927.00 |
| Serina Langford | $23,353,332.00 |
| E.L | $23,612,502.00 |
| **Total** | **$579,521,730.00** |

| Ray Family | |
|---|---|
| Plaintiff | Treble Damages |
| Karen Woolley | $51,952,932.00 |
| Jaremy Ray | $21,668,166.00 |
| Kerah Ray | $21,958,458.00 |
| Justin Ray | $22,099,041.00 |
| James Ray | $22,236,684.00 |
| Jonathan Ray | $22,236,684.00 |

2

| Amber Ray | $22,632,630.00 |
|---|---|
| **Total** | **$184,784,595.00** |

| Langford Family ||
|---|---|
| Plaintiff | Treble Damages |
| K.L. | $171,031,062.00 |
| M.L | $173,435,001.00 |
| X.L. | $175,244,055.00 |
| B.L. | $176,085,756.00 |
| C.L. | $180,383,493.00 |
| D.L. | $163,387,686.00 |
| J.L. | $165,108,078.00 |
| Crystal Langford | $140,580,000.00 |
| Brandy Spenst | $140,580,000.00 |
| Joseph Cole Langford | $140,580,000.00 |
| Bryce Langford | $140,580,000.00 |
| Estate of Dawna Ray | $48,304,590.00 |
| Estate of T.L. | $36,141,564.00 |
| Estate of R.L. | $36,107,136.00 |
| David Langford | $189,660,450.00 |
| **Total** | **$2,077,208,871.00** |

| **Cumulative Damages (Treble) for All Four Families** | $4,641,337,011 |
|---|---|

3